# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| THOMAS HENDERSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil No. 2:14-cv-362-NT |
| VICTORIA ROGERS, et al., | ) ) ) |
| Defendants | ) |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on March 3, 2015 his Recommended Decision (ECF No. 22). The Plaintiff filed his Objection to the Recommended Decision (ECF No. 23) on March 16, 2015.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

It is further **ORDERED** that:

The Correctional Defendants' Motion to Dismiss is **GRANTED** (ECF No. 11);

The Medical Defendants' Motion to Dismiss is **GRANTED** (ECF No. 15);

The Plaintiff's deliberate indifference claim is **DISMISSED** with prejudice; and

The Court declines to exercise jurisdiction over the Plaintiff's state law claims and, therefore, those claims are **DISMISSED** without prejudice.

**SO ORDERED**.

/s/ Nancy Torresen
United States Chief District Judge

Dated this 18th day of March, 2015.