UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| THOMAS HENDERSON | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | CIVIL NO. 2:14-cv-362-NT |
| | ) | |
| VICTORIA ROGERS, et al., | ) | |

## J U D G M E N T

In accordance with the Order Affirming the Recommended Decision of the Magistrate Judge issued by U.S. Chief District Judge, Nancy Torresen on March 18, 2015, 2015,

Judgment of dismissal is hereby entered in favor of the defendants, Victoria Rogers, Christopher Garland, Brett Smith, Kenneth Reed, David Keith, and George Stock and against the plaintiff, Thomas Henderson;

Judgment of dismissal with prejudice is entered on plaintiff Thomas Henderson's deliberate indifference claim, and;

Judgment of dismissal without prejudice is entered on Plaintiff Thomas Henderson's state law claims.

                              CHRISTA K. BERRY
                              CLERK

                    By:
                        /s/ Michelle Thibodeau
                        Deputy Clerk

Dated: March 19, 2015